IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION

**MINISTER TIMOTHY LUTHER McNAIR,**

       Plaintiff,

v.

**MAUREEN ROSSI, et al,**

       Defendant.

No. 2:17-cv-00116-SB

OPINION AND ORDER

**MOSMAN, J.,**

On February 5, 2019, Magistrate Judge Stacie F. Beckerman issued her Findings and Recommendation (F&R) [69], recommending that this action be DISMISSED with prejudice for failure to prosecute, that all pending motions be DENIED as moot, and that Plaintiff's In Forma Pauperis (IFP) status be revoked. No objections were filed.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or

1 – OPINION AND ORDER

recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

## CONCLUSION

Upon review, I agree with Judge Beckerman's recommendation and I ADOPT the F&R [69] as my own opinion. This action is DISMISSED with prejudice, all pending motions are DENIED as moot, and Plaintiff's IFP status is revoked.

IT IS SO ORDERED.

DATED this 20 day of February, 2019.

MICHAEL W. MOSMAN
Chief United States District Judge